IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHERRY SALAMONE,<br><br>    Plaintiff,<br>vs.<br><br>UPSTREAM INVESTMENT PARTNERS,<br>LLC, a limited liability company,<br><br>    Defendant.<br>------------------------------------------------<br>UPSTREAM INVESTMENT PARTNERS,<br>LLC, a limited liability company,<br><br>    Counter-plaintiff,<br>vs.<br><br>SHERRY SALAMONE,<br><br>    Counter-defendant. | Case No. 16-cv-9489<br><br>Honorable Ronald A. Guzman |

## STIPULATION TO DISMISS

All matters in dispute between the parties to the above-entitled cause having been satisfactorily compromised and settled, it is hereby stipulated and agreed by and between said parties, by their respective attorneys, that this cause may be dismissed, without costs to any party.

It is further stipulated and agreed that an order of dismissal pursuant to the foregoing may be entered of record without further notice to any party, upon presentation of this stipulation.

| | |
|---|---|
| SHERRY SALAMONE, Plaintiff<br><br>By: _/s/ Bernard K. Weiler_<br>Bernard K. Weiler, One of her attorneys<br>Mickey, Wilson, Weiler Renzi &<br> Andersson, P.C.<br>140 S. Municipal Drive<br>Sugar Grove, IL 60554<br>Tel: (630) 801-9699 ext. 103<br>Email: bkw@mickeywilson.com | UPSTREAM INVESTMENT PARTNERS,<br>LLC, Defendant<br><br>By: _/s/ Troy C. Owens_<br>Troy C. Owens<br>Owens Law LLC<br>9 Crystal Lake Road, Suite 240<br>Lake in the Hills, IL 60156<br>Tel: (847) 854-8700<br>Email: troy@oltrials.com |